STATE OF LOUISIANA                          OFFICE OF THE CLERK OF COURT

PARISH OF CALCASIEU                         FOURTEENTH JUDICIAL DISTRICT


     I HEREBY CERTIFY, that the above and foregoing is a true and correct copy

of the:

## ENTIRE PROCEEDINGS


filed in civil suit entitled <u>WILLIAM LANGLEY</u> versus <u>BERKSHIRE HATHWAY DIRECT INSURANCE COMPANY,</u>

<u>ET AL</u> consisting of <u>twenty-five (25)</u> pages, the original of which documents are on file in our office and bearing

number <u>2021-4149</u> Division "D" the Civil Docket of the above Styled Court.

     IN TESTIMONY WHEREOF, witness my official signature and seal of office at

Lake Charles, Louisiana, on this <u>6th</u> day of <u>December</u> A.D. <u>2021.</u>


               H. LYNN JONES II, CLERK OF COURT

               By: _Princella Ryan_
               Princella Ryan
               Deputy Clerk

WILLIAM LANGLEY                    :    14TH JUDICIAL DISTRICT COURT

VS NO. _2021-4149_ ᴠ              :    PARISH OF CALCASIEU

BERKSHIRE HATHAWAY DIRECT          :    STATE OF LOUISIANA
INSURANCE COMPANY,
FAST LANE LOGISTICS and
KEITH TERRELL HOWARD

FILED: _____ SEP 2 8 2021    :    _____
                                        DEPUTY CLERK OF COURT
                                        1conf

### PETITION FOR DAMAGES

The petition of WILLIAM LANGLEY, a resident of the full age of majority, residing in

Vinton, Calcasieu Parish, Louisiana, respectfully represents:

1.

Made defendants herein are:

a.   **BERKSHIRE HATHAWAY DIRECT INSURANCE
     COMPANY**, a foreign insurance company, authorized to do and
     doing business in the state of Louisiana, who may be served
     through its agent for service of legal process, Louisiana Secretary
     of State, 8585 Archives Avenue, Baton Rouge, Louisiana 70809;

b.   **FAST LANE LOGISTICS**, a foreign company, who may be
     served via Louisiana Long-Arm Statute through its agent for
     service of legal process, Tanya Rodriguez, 55 La Jolla Circle,
     Montgomery, TX 77356;

c.   **KEITH TERRELL HOWARD**, an individual who may be
     served via Louisiana Long-Arm Statute at his residence, 3502 Ross
     Street, Manvel, Texas 77578.

2.

On or about December 10, 2020 at approximately 6:01 a.m., petitioner, WILLIAM

LANGLEY, was driving his 2009 Honda CRV eastbound on US 90 in Calcasieu Parish,

Louisiana, when a 2012 Freightliner Tractor owned by FAST LANE LOGISTICS and being

driven by defendant, KEITH TERRELL HOWARD, westbound on US 90, crossed the center

line and struck petitioner's vehicle in the eastbound lane, causing him to run off the road and

overturn in a ditch, thereby causing injuries and damages as set forth below.

3.

At the time of the aforesaid collision, defendant, KEITH TERRELL HOWARD, was

operating the 2012 Freightliner Tractor in the course and scope of his employment with FAST

LANE LOGISTICS, defendant herein.  Therefore, FAST LANE LOGISTICS is responsible for

the negligence of KEITH TERRELL HOWARD under a theory of respondeat superior.

**SCANNED**
NOV - 2 2021
P1

PROCESSED
Date: OCT 2 8 2021

Date_____ SEP 2 8 2021
Check #_141051
From_Boggett McGill
Amt $_600.00
Recd by_AL



C M S 7 6 8 8 8 3 8
Filing Date: 09/28/2021 12:00 AM          Page Count: 4
Case Number: 2021-004149
Document Name: PETITION

4.

The aforesaid collision was in no way attributable to the negligence of petitioner,

WILLIAM LANGLEY, but on the contrary, was due to the negligence of defendant, KEITH

TERRELL HOWARD, whose negligence includes but is not limited to the following:

    a.  Failing to keep his vehicle under proper control;

    b.  Crossing the center line into oncoming traffic;

    c.  Failing to keep a proper lookout;

    d.  Failing to see what he should have seen and to do what he should have done;

    e.  Driving at an excessive rate of speed under the circumstances;

    f.  Failing to properly inspect the 2012 Freightliner Tractor;

    g.  Failing to exercise due care and caution under all facts and circumstances.

5.

The aforesaid collision was in no way attributable to the negligence of petitioner,

WILLIAM LANGLEY, but on the contrary, was due to the negligence of defendant, FAST

LANE LOGISTICS, whose negligence includes but is not limited to the following:

    a.  Failure to properly train and instruct its drivers;

    b.  Failure to properly supervise its drivers.

    c.  Allowing or failing to prevent its drivers from driving for excessive periods of time without rest.

    d.  Failing to obey and failing to insure that its drivers obey laws, ordinances, and regulations regarding operation of its vehicles.

6.

As a result of the collision petitioner, WILLIAM LANGLEY, suffered injuries and

damages including, but not limited to, neck pain, back pain, elbow pain, a bloody nose,

depression, anxiety and panic attacks.

7.

As a result of the collision and injuries, petitioner, WILLIAM LANGLEY, has and will

continue to sustain past, present and future: medical expenses, mental and physical pain and

suffering, disability, lost wages, loss of earnings, loss of future earning capacity and loss of

enjoyment of life, said injuries entitling petitioner to such damages as are reasonable in the

premises.

8.

At the time of the collision, defendant, BERKSHIRE HATHAWAY DIRECT INSURANCE COMPANY, had issued and there was in full force and effect a policy of liability insurance in favor of KEITH TERRELL HOWARD, owner of the 2012 Freightliner Tractor, under the terms of which BERKSHIRE HATHAWAY DIRECT INSURANCE COMPANY, had agreed to insure and indemnify defendant, KEITH TERRELL HOWARD, against any and all liability arising out of the negligent operation of the 2012 Freightliner Tractor.

9.

Petitioner, WILLIAM LANGLEY, avers that at this time his damages do exceed the jurisdictional amount necessary for a trial by jury and for diversity jurisdiction.

WHEREFORE, petitioner, WILLIAM LANGLEY, prays that defendants, BERKSHIRE HATHAWAY DIRECT INSURANCE COMPANY, FAST LANE LOGISTICS and KEITH TERRELL HOWARD, be duly served with a copy of the foregoing petition and cited to appear and answer same, and after the lapse of all legal delays and due proceedings had, that there be judgment herein in favor of petitioner, WILLIAM LANGLEY, and against defendants, BERKSHIRE HATHAWAY DIRECT INSURANCE COMPANY, FAST LANE LOGISTICS and KEITH TERRELL HOWARD, for damages as are reasonable in the premises, together with legal interest thereon from the date of judicial demand until paid, and for all costs of these proceedings.

Petitioner further prays for such additional relief as the law, equity and nature of the case may permit.

By His Attorneys,

BAGGETT, McCALL, BURGESS,
WATSON, GAUGHAN & ANDRUS, LLC

BY: *Erin M. Alley*

ERIN M. ALLEY #23214
3006 Country Club Road
Post Office Drawer 7820
Lake Charles, Louisiana 70606-7820
Phone: 337-478-8888
Fax: 337-478-8946
Email: ealley@baggettmccall.com

P3

**PLEASE SERVE THE FOLLOWING DEFENDANTS:**

**BERKSHIRE HATHAWAY DIRECT INSURANCE COMPANY**
through its agent for service of legal process:
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809

**FAST LANE LOGISTICS**
who may be served via Louisiana Long-Arm Statute
through its agent for service of legal process:
Tanya Rodriguez
55 La Jolla Circle
Montgomery, TX 77356

**KEITH TERRELL HOWARD**
who may be served via Louisiana Long-Arm Statute
at his residence:
3502 Ross Street
Manvel, Texas 77578

P4



**BAGGETT, McCALL, BURGESS**
**WATSON & GAUGHAN, L.L.C.**

WILLIAM B. _____ JETT
(1929-2015)
WILLIAM BAGGETT JR.
ROGER G. BURGESS
WELLS T. WATSON
JEFFREY T. GAUGHAN

ERIN McCALL ALLEY
CHRISTOPHER C. McCALL
MELISSA SHAW-BROWN
ZITA M. ANDRUS
JAKE D. BUFORD
DOMINIQUE BADON NICHOLSON

September 28, 2021

**VIA: HAND-DELIVERY**
Honorable Lynn Jones
Clerk of Court
14th Judicial District Court
Calcasieu Parish Courthouse
Lake Charles, Louisiana 70601

RE:    William Langley
       Vs. No.
       Berkshire Hathaway Direct Insurance Company,
       Fast Lane Logistics and Keith Terrell Howard

2021-4149 D

Dear Sir:

Enclosed for filing is the original Petition together with our check in the amount of $600.00 for cost deposit. The duplicate copies of the Petition, Interrogatories and Request for Production are for service on the defendants. We ask that you return a conformed copy to our office and serve the defendants as indicated.

Also enclosed for filing is a Request for Written Notice.

Sincerely,

ERIN M. ALLEY

EMA/pfl
Enclosure

Filing Date: 09/28/2021 12:00 AM          Page Count: 1
Case Number: 2021-004149
Document Name: LETTER

3006 Country Club Road 70605 • P.O. Drawer 7820 • Lake Charles, LA 70606-7820
(337) 478-8888 • FAX (337) 478-8946 • (800) NEW-CLAIM • www.baggettmccall.com

| | | |
|---|---|---|
| WILLIAM LANGLEY | : | 14TH JUDICIAL DISTRICT COURT |
| VS NO. 2021-4149 D | : | PARISH OF CALCASIEU |
| BERKSHIRE HATHAWAY DIRECT INSURANCE COMPANY, FAST LANE LOGISTICS and KEITH TERRELL HOWARD | : | STATE OF LOUISIANA |
| FILED: _____ SEP 28 2021 | : | _____ DEPUTY CLERK OF COURT |

### REQUEST FOR WRITTEN NOTICE
### OF ASSIGNMENT AND WRITTEN NOTICE
### OF ANY ORDER OR JUDGMENT MADE OR RENDERED

TO:    Honorable James R. Andrus
        Clerk of Court
        14th Judicial District Court
        Calcasieu Parish Courthouse
        Lake Charles, Louisiana 70601

CALCASIEU CLERK COST
SEP 28 2021 PROCESSED

In accordance with the provisions of LSA - C.C.P. 1571 and 1572, you are hereby

requested to give the undersigned, as counsel for petitioner, WILLIAM LANGLEY, in the above

captioned matter, written notice, by mail, ten (10) days in advance of any date fixed for trial or

hearing of the case, whether on exception, rules or the merits thereof.

In accordance with the provisions of LSA - C.C.P. 1914 and 1915, you are hereby

additionally requested to send us immediate notice of any order or judgment made or rendered in

this case on the entry of such order or judgment.

By His Attorneys,

BAGGETT, McCALL, BURGESS,
WATSON, GAUGHAN & ANDRUS, LLC

BY:    _Erin M. Alley_
        **ERIN M. ALLEY #23214**
        3006 Country Club Road
        Post Office Drawer 7820
        Lake Charles, Louisiana 70606-7820
        Phone: 337-478-8888
        Fax: 337-478-8946
        Email: ealley@baggettmccall.com

WILLIAM LANGLEY  : 14TH JUDICIAL DISTRICT COURT

VS NO. 2021-4149 D  : PARISH OF CALCASIEU

BERKSHIRE HATHAWAY DIRECT : STATE OF LOUISIANA
INSURANCE COMPANY,
FAST LANE LOGISTICS and
KEITH TERRELL HOWARD

FILED: _____ SEP 2 8 2021 : Aaron Hollier
            DEPUTY CLERK OF COURT

## INTERROGATORIES

TO: BERKSHIRE HATHAWAY DIRECT INSURANCE COMPANY,
  FAST LANE LOGISTICS and KEITH TERRELL HOWARD

  Plaintiff, WILLIAM LANGLEY, propounds the following interrogatories to defendants,

BERKSHIRE HATHAWAY DIRECT INSURANCE COMPANY, FAST LANE LOGISTICS

and KEITH TERRELL HOWARD, to be answered under oath within the time limits provided by

law:

## DEFINITIONS

  "You" or "Your" includes the above-named defendants and all representatives or other persons acting on behalf of the aforementioned defendants, including, but not limited to defendants' attorney.

  "Document" means any printed, typewritten or handwritten instrument of whatever character or the physical expression of any means of storage of information and includes, without limitation, any correspondence, memorandum, agreement, letter, hand or typewritten note, computer printout, computer tape, microfilm, microfiche, tape recording, photograph, motion picture, plat, diagram, survey, voice tapes, recordings, e-mails, any computer communications, or other items of a similar nature, originals and non-identical copies and where original and/or non-identical copies are in existence, a copy of the original and a copy of all non-identical copies.

  "Person" or "Persons" includes an actual person, firm, association, organization, partnership, business, trust, corporation or public entity.

  "Plaintiff" means the named plaintiff in this lawsuit.

  "Vehicle involved in the collision" concerns the vehicle driven by the defendant driver at the time of the collision.

  "IDENTIFY" or "IDENTIFICATION" or "IDENTITY" when referring to a person means to state the person's full name, present or last known address, and if known, present or former employer and job title, and when referring to a document means to give a reasonable description thereof, its date, and the full name and the present or last known address of the person, firm or corporation having possession, custody or control thereof.

## INSTRUCTIONS

A. In answering these Interrogatories, you are requested to furnish all information known or available to you regardless of whether this information is possessed directly by you or by your agents, employees, or representatives, or by your attorneys, their agents, employees, or representatives.

P7



C M S 7 6 8 6 8 4 5

Filing Date: 09/28/2021 12:00 AM  Page Count: 6
Case Number: 2021-004149
Document Name: INTERROGATORIES

B.    If any of these Interrogatories cannot be answered in full, please respond to the extent possible, specifying the reasons for your inability to respond to the remainder and state whatever information, knowledge, or belief you do have concerning the unanswered portion.

C.    If you claim privilege as to any matter requested, please give a detailed description of such privilege to allow plaintiff and the Court to ascertain the viability of the privilege.

D.    Each Interrogatory is of a continuing nature.  If, after serving an answer to any Interrogatory, you obtain or become aware of any further information that is responsive to such Interrogatory request, please serve amended answers setting forth such information.

**INTERROGATORY NO. 1:**

Please identify all persons providing factual information and/or assistance in answering plaintiff's written discovery in this case.

**INTERROGATORY NO. 2:**

Please identify all persons having knowledge of any discoverable matter.  Please see Louisiana Code of Civil Procedure art. 1422 prior to objecting to this interrogatory.

**INTERROGATORY NO. 3:**

Please identify all parties or non-parties that you will seek to be placed on the verdict sheet or assessed with any comparative fault.

**INTERROGATORY NO. 4:**

Please identify each person whom you expect to call as an expert witness at trial and state the subject matter on which the expert is expected to testify and state the substance of the facts to which the expert is expected to testify.

**INTERROGATORY NO. 5:**

Please identify all experts who you have retained or specially employed in anticipation of litigation or preparation for trial who is not expected to be called as a witness at trial.

**INTERROGATORY NO. 6:**

Please identify all witnesses you may or will call at the trial of this matter. Also, please give a brief statement of their expected testimony and state their relationship to plaintiffs or defendants, if any.

**INTERROGATORY NO. 7:**

Please identify all exhibits you may or will introduce at the trial of this matter.

**INTERROGATORY NO. 8:**

For all parties or non-parties that you contend are at fault as it relates to the allegations of this lawsuit, please identify said party or non-party and give a reasonable explanation of your contentions.

**INTERROGATORY NO. 9:**

Please identify all witnesses, documents, and facts, which support your affirmative defenses in this litigation.

**INTERROGATORY NO. 10:**

If you contend that plaintiff was at fault in this litigation, please identify all documents, witnesses, and facts that support your contention.

**INTERROGATORY NO. 11:**

Please identify all persons you have contacted in the course of investigating this litigation and state whether or not you have taken a statement from said person.

**INTERROGATORY NO. 12:**

Please identify the contents and the terms of any agreements concerning this case or related to this case entered into by you, whether written or oral, including agreements to cooperate at any stage, agreements concerning indemnity, contribution, sharing, or expenses.

**INTERROGATORY NO.  13:**

Please identify all causes for plaintiff's injuries or illnesses complained of in this litigation other than the facts as stated in plaintiff's petition.

**INTERROGATORY NO. 14:**

Do you have any information that plaintiff had any injuries that pre-existed the injuries complained of in this lawsuit and/or do you have any information that plaintiff has other injuries or health complaints other than those complained of in this lawsuit?  If so, please give a reasonable description of such information.

**INTERROGATORY NO. 15:**

Do you have any information that plaintiff was ever arrested, charged, and/or convicted of any criminal offense?  If so, please identify each arrest, charge, and/or conviction, including but not limited to dates, times, subject, offense, and outcome.

**INTERROGATORY NO. 16:**

Please give a reasonable description of all information you have which gives you any reason to believe that there was any defect or failure on the part of the vehicle or any equipment or apparatus attached thereto that may have contributed to the wreck.

**INTERROGATORY NO. 17:**

Please give a reasonable description of all traffic citations the defendant driver received as a result of the collision by stating the name and location of the court involved, the violations of law charged, and the date, place, and manner or disposition of all such citations.

**INTERROGATORY NO. 18:**

Please give a reasonable description of all traffic citations the defendant driver has ever received.

**INTERROGATORY NO. 19:**

Please give a reasonable description of the defendant driver's license at the time of the collision, including the type, restrictions, and whether the license has ever been suspended or revoked.

**INTERROGATORY NO. 20:**

Please give a description of the defendant driver's occupation and identify his/her employer at the time of the collision.

**INTERROGATORY NO. 21:**

Please identify all persons who gave you information that is contrary to the information contained in the accident report concerning the collision.

**INTERROGATORY NO. 22:**

Please identify all witnesses to the collision.

**INTERROGATORY NO. 23:**

Please identify all persons who had contact with the defendant driver within 24 hours prior to and following the collision.

**INTERROGATORY NO. 24:**

Please identify all maps, plans, drawings, photographs, videotapes, movies, or other documents that in any way relate to the collision, the plaintiff, the accident scene, how the collision happened, or this case.

**INTERROGATORY NO. 25:**

Please identify all testing that has been done concerning the facts of the collision, including all accident reconstruction done by any expert witness you have hired.

**INTERROGATORY NO. 26:**

Please state where the defendant driver had been on the date of the accident and where he/she was going at the time of the collision.

**INTERROGATORY NO. 27:**

Please state what employment related duties the defendant driver was performing, if any, at the time of the accident and on the day of the accident and state the time that he had begun working that day.

**INTERROGATORY NO. 28:**

Please give a reasonable description of all insurance that is or may be applicable to this litigation, including the full name of the insurer, the insured, dates of coverage and amounts of coverage.  THIS INCLUDES ANY EXCESS OR UMBRELLA POLICIES.

**INTERROGATORY NO. 29:**

Please give a description of the history of the vehicle involved in the collision, including but not limited to, any known defect, any needed repairs, any scheduled repairs, complete history concerning the repair of the vehicle, all owners of the vehicle, all repair or maintenance shops that have worked on the vehicle, and any entity or person who had general or specific responsibility for repair or upkeep of the vehicle.

**INTERROGATORY NO. 30:**

Please describe any previous motor vehicle accidents of the defendant driver or the vehicle involved in the collision.

**INTERROGATORY NO. 31:**

Please give a description of the property damage of the vehicle involved in the collision, including but not limited to, the nature and amount of repairs needed or performed, and identify all entities giving estimates on damage or making repairs.

**INTERROGATORY NO. 32:**

Please state the whereabouts of the vehicle involved in the collision since the accident that is the subject of this litigation.

**INTERROGATORY NO. 33:**

Please identify the type and amount of alcohol, sedative, tranquilizer, medicine, pill and/or other drugs consumed by the defendant driver during the 12 hours immediately preceding the accident that is the subject of this litigation.

**INTERROGATORY NO. 34:**

Please identify any and all of the defendant driver's personal and/or company cell phones by cell phone number and service provider of each cell phone.  Please state whether the defendant driver was using his/her cell phone at or near the time of the subject accident, including, but not limited to, text messaging, internet usage, and/or any other cell phone usage.

THUS DONE AND SIGNED at Lake Charles, Louisiana this 28th day of September, 2021.

By His Attorneys,

BAGGETT, McCALL, BURGESS,
WATSON, GAUGHAN & ANDRUS, LLC

By:

**ERIN M. ALLEY #23214**
3006 Country Club Road
P.O. Drawer 7820
Lake Charles, Louisiana 70606-7820
Telephone: 337-478-8888
Facsimile: 337-478-8946
Email: ealley@baggettmccall.com

P12

WILLIAM LANGLEY        :    14TH JUDICIAL DISTRICT COURT

VS NO. 2021- 4149 D     :    PARISH OF CALCASIEU

BERKSHIRE HATHAWAY DIRECT    :    STATE OF LOUISIANA
INSURANCE COMPANY,
FAST LANE LOGISTICS and
KEITH TERRELL HOWARD

FILED: _____ SEP 28 2021   :   _Sarah Dollier_____
                                         DEPUTY CLERK OF COURT

### REQUEST FOR PRODUCTION OF DOCUMENTS

TO:    BERKSHIRE HATHAWAY DIRECT INSURANCE COMPANY,
        FAST LANE LOGISTICS and KEITH TERRELL HOWARD

      Plaintiff, WILLIAM LANGLEY, propounds the following requests for production to

defendants, BERKSHIRE HATHAWAY DIRECT INSURANCE COMPANY, FAST LANE

LOGISTICS and KEITH TERRELL HOWARD, who are hereby notified to produce for

inspection and copying within the time limits provided by law at the offices of Baggett, McCall,

Burgess, Watson, Gaughan & Andrus, 3006 Country Club Road, Lake Charles, Louisiana 70605,

the following documents.

      These requests are to be answered in accordance with the following definitions and

instructions, and these definitions and instructions are hereby incorporated in each of said request as

if contained therein.

### DEFINITIONS

      "You" or "Your" includes the above named defendants and all representatives or other
persons acting on behalf of the aforementioned defendants, including, but not limited to defendants'
attorney.

      "Document" means any printed, typewritten or handwritten instrument of whatever
character or the physical expression of any means of storage of information and includes,
without limitation, any correspondence, memorandum, agreement, letter, hand or typewritten
note, computer printout, computer tape, microfilm, microfiche, tape recording, photograph,
motion picture, plat, diagram, survey, voice tapes, recordings, e-mails, any computer
communications, or other items of a similar nature, originals and non-identical copies and where
original and/or non-identical copies are in existence, a copy of the original and a copy of all non-
identical copies.

      "Person" or "Persons" includes an actual person, firm, association, organization,
partnership, business, trust, corporation or public entity.

      "Plaintiff" means the named plaintiff in this lawsuit.

      "Vehicle involved in the collision" concerns the vehicle driven by the defendant(s) driver at
the time of the collision.

P13

CALCASIEU CLERK-C1ST
SEP 28 2021 AM08:35:49



## INSTRUCTIONS

1. This discovery is deemed to be continuing and whenever you receive information that would be deemed to supplement these requests, you are hereby required to do so.

2. If any information in this discovery is deemed by you to be privileged, please state the privilege asserted, basic reasons behind the privilege, and enough information to enable plaintiff to brief and/or research the privilege issue.

**REQUEST FOR PRODUCTION NO. 1:**

Please produce certified copy of all insurance which may be applicable to the allegations in this matter, including all umbrella and all excess coverage, including the declarations page for all policies.

**REQUEST FOR PRODUCTION NO. 2:**

Please produce a copy of all statements you have taken in this case or which in any way relate to the facts surrounding this case.

**REQUEST FOR PRODUCTION NO. 3:**

Please produce all accident or investigative reports which were generated as a result of this action or which relate to the facts surrounding this lawsuit.

**REQUEST FOR PRODUCTION NO. 4:**

Please produce all photos or videotapes related to the plaintiff, the vehicles, the accident and/or this case.

**REQUEST FOR PRODUCTION NO. 5:**

Please produce all documents related to plaintiff, including but not limited to medical records, criminal records, videotapes, pictures, statements, or work records.

**REQUEST FOR PRODUCTION NO. 6:**

Please produce all testing results which in any way relate to this case.

**REQUEST FOR PRODUCTION NO. 7:**

Please produce all exhibits you may or will introduce at the trial of this matter and/or at any hearings.

**REQUEST FOR PRODUCTION NO. 8:**

Please produce all documents reviewed and/or relied upon by experts you anticipate calling at the trial of this matter.

**REQUEST FOR PRODUCTION NO. 9:**

Please produce any Mary Carter Agreements or similar agreements relating to indemnity, settlement, or sharing of expenses and/or judgments.

**REQUEST FOR PRODUCTION NO. 10:**

Please produce all expert reports related to this case, companion cases, or similar cases.

**REQUEST FOR PRODUCTION NO. 11:**

Please produce the employment file, disciplinary file, medical file, if applicable, concerning the driver of the vehicle involved in the collision.

**REQUEST FOR PRODUCTION NO. 12:**

Please produce the repair history of the vehicle involved in the collision.

**REQUEST FOR PRODUCTION NO. 13:**

Please produce a copy of any type of disciplinary proceedings, write-up, internal investigation, warning, reprimand, or similar documents which in any way relate to the collision or the driver of the vehicle involved in the collision.

**REQUEST FOR PRODUCTION NO. 14:**

Please produce all documents you maintain on the vehicle in question, including insurance, recommended repairs, repairs performed, modifications, uses, designated drivers, or any other document which you keep on the vehicle involved in the collision.

**REQUEST FOR PRODUCTION NO. 15:**

Please produce all damage estimates on all vehicles involved in the collision at issue in this case.

**REQUEST FOR PRODUCTION NO. 16:**

Please produce any and all documents identified in your Answers to Interrogatories.

**REQUEST FOR PRODUCTION NO. 17:**

Please produce any and all cell phone logs, records, bills and/or any other similar documentation for the day of the subject accident on all personal and/or company cell phones identified in Answer to Interrogatory No. 35.

**REQUEST FOR PRODUCTION NO. 18:**

Please produce any and all drug or alcohol tests performed on the driver of the vehicle involved in the collision on the day of the subject accident.

THUS DONE AND SIGNED at Lake Charles, Louisiana this 28th day of September, 2021.

By His Attorneys,


BAGGETT, McCALL, BURGESS,
WATSON, GAUGHAN & ANDRUS, LLC

By:

ERIN M. ALLEY #23214
3006 Country Club Road
P.O. Drawer 7820
Lake Charles, Louisiana 70606-7820
Telephone: 337-478-8888
Facsimile: 337-478-8946
Email: ealley@baggettmccall.com

P16

LOUISIANA CIVIL CASE REPORTING
Civil Case Cover Sheet – LA. R.S. 13:4688 and
Part G §13, Louisiana Supreme Court General Administrative Rules

This civil case cover sheet shall be completed by counsel for the petitioner, counsel's authorized representative, or by the self-represented litigant (if not represented by counsel) and submitted with the original petition filed with the court. The information should be the best available at the time of filing. This information does not constitute a discovery request, response or supplementation, and is not admissible at trial.

Suit Caption: **WILLIAM LANGLEY**
**vs. BERKSHIRE HATHAWAY DIRECT INSURANCE COMPANY,**
**FAST LANE LOGISTICS and KEITH TERRELL HOWARD**

Court: **14th Judicial District Court**     Docket No.: 2021-4149 D

Parish: **Calcasieu Parish**     Filing Date: SEP 2 8 2021

Name of Lead Petitioner's Attorney: **ERIN M. ALLEY**

Name of Self-Represented Litigant: _____

Number of Named petitioners: __1__     Number of Named defendants: __3__

Type of Lawsuit: Please check the categories which most appropriately apply to this suit (no more than 3 categories should be checked):

__X__ Auto: Personal Injury
_____ Auto: Wrongful Death
_____ Asbestos: Property Damage
_____ Product Liability
_____ Intentional Bodily Injury
_____ Intentional Wrongful Death
_____ Business Tort
_____ Defamation
_____ Environmental Tort
_____ Intellectual Property
_____ Legal Malpractice
_____ Other Professional Malpractice
_____ Maritime
_____ Wrongful Death
_____ General Negligence

_____ Auto: Property Damage
_____ Auto: Uninsured Motorist
_____ Asbestos: Personal Injury/Death
_____ Premise Liability
_____ Intentional Property Damage
_____ Unfair Business Practice
_____ Fraud
_____ Professional Negligence
_____ Medical-Malpractice
_____ Toxic Tort
_____ Other Tort (describe below)
_____ Redhibition
_____ Class Action (nature of case)
_____



Please briefly describe the nature of the litigation in one sentence of additional detail:
**Motor Vehicle Accident**

Following the completion of this form by counsel, counsel's representative, or by the self-represented litigant, this document will be submitted to the Office of the Judicial Administrator, Supreme Court of Louisiana, by the Clerk of Court.

Name, address and contact information of person completing form:

*Erin M. Alley*
Erin M. Alley
Baggett, McCall, Burgess, Watson & Gaughan, LLC
P.O. Drawer 7820
Lake Charles, Louisiana  70606-7820
(T) (337) 478-8888
(F) (337) 478-8946
(E) ealley@baggettmccall.com

Citation



WILLIAM LANGLEY

VS.      2021-004149

BERKSHIRE HATHAWAY DIRECT
INSURANCE COMPANY

14th Judicial District Court
State of Louisiana
Parish of Calcasieu

THE STATE OF LOUISIANA

TO:   BERKSHIRE HATHAWAY DIRECT
      INSURANCE COMPANY
      THROUGH   ITS   AGENT   FOR
      SERVICE   OF   LEGAL   PROCESS:
      LOUISIANA SECRETARY OF STATE
      8585 ARCHIVES AVENUE
      BATON ROUGE, LA 70809

Parish of East Baton Rouge, Louisiana, Defendant in said suit:

YOU ARE HEREBY CITED TO APPEAR before said Court, for said Parish, and to comply with the demand contained in the petition of WILLIAM LANGLEY, (PETITION FOR DAMAGES)  against you, certified copy of which petition accompanies this citation, or file your answers thereto in writing in the office of the Clerk of Court, at the Courthouse, in the City of Lake Charles, in said Parish, within fifteen (15) days after the service hereof, under penalty of default.

Witness the Honorable Judges of said Court, at Lake Charles, Louisiana, this 28th day of September 2021.

Issued and delivered October 29, 2021

*Annette Borel*

Annette Borel

Deputy Clerk of Court

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**P18**

SERVICE INFORMATION

Received on the _____ day of _____ 20___, and on the _____ day of _____ 20___, served the above named party as follows:

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his residence at the time of said service.
RETURNED:
PARISH OF _____ this _____ day of _____ 20____

SERVICE          $_____              BY:    _____
                                                  Deputy Sheriff
MILEAGE          $_____

TOTAL $_____

Party No.        P001

Filing Date: 10/29/2021 09:35 AM     Page Count: 1
Case Number: 2021-004149
Document Name: 1600 Citation

[ File Copy ]
CMS0085

You Are Hereby Notified - Civil

WILLIAM LANGLEY
VS.   2021-004149
BERKSHIRE HATHAWAY DIRECT
INSURANCE COMPANY



14th Judicial District Court
State of Louisiana
Parish of Calcasieu

THE STATE OF LOUISIANA

TO:   BERKSHIRE HATHAWAY DIRECT
      INSURANCE COMPANY
      THROUGH ITS AGENT FOR
      SERVICE OF LEGAL PROCESS:
      LOUISIANA SECRETARY OF STATE
      8585 ARCHIVES AVENUE
      BATON ROUGE, LA  70809

YOU ARE HEREBY NOTIFIED:

TO COMPLY WITH "INTERROGATORIES" AND "REQUEST FOR PRODUCTION OF DOCUMENTS"
WITHIN THE DELAYS PROVIDED HEREIN.

ALL IN ACCORDANCE WITH THE CERTIFIED COPY ATTACHED HERETO AND MADE A PART
HEREOF

Witness the Honorable Judge of said Court, at Lake Charles, Louisiana, this 28TH day of SEPTEMBER 2021.

Issued and delivered October 29, 2021

*Annette Borel*
Annette Borel
Deputy Clerk of Court

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

P19

SERVICE INFORMATION

Received on the _____ day of _____ 20___, and on the _____ day of _____ 20___, served the
above named party as follows:

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile
in the parish in the hands of _____, a person apparently over the age of seventeen years, living
and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said
person, said party herein being absent from his residence at the time of said service.
RETURNED:
PARISH OF _____ this _____ day of _____ 20____

SERVICE        $_____            BY:   _____
                                            Deputy Sheriff
MILEAGE        $_____

TOTAL $_____

Party No.      P001



Filing Date: 10/29/2021 09:37 AM      Page Count: 1
Case Number: 2021-004149
Document Name: 2004 You are Hereby Notified - Civil

[ File Copy ]
CMS0035

Page 1 of 1



Citation/Long Arm

WILLIAM LANGLEY
VS.   2021-004149
BERKSHIRE HATHAWAY DIRECT
INSURANCE COMPANY

14ᵗʰ Judicial District Court
State of Louisiana
Parish of Calcasieu

THE STATE OF LOUISIANA

TO:   FAST LANE LOGISTICS          PURSUANT TO LOUISIANA
      THROUGH ITS AGENT FOR SERVICE  LONG-ARM STATUTE
      OF   LEGAL   PROCESS:   TANYA
      RODRIGUEZ
      55 LA JOLLA CIRCLE
      MONTGOMERY, TX  77356

Defendant in said suit:

YOU ARE HEREBY CITED TO APPEAR before said Court, for said Parish, and to
comply with the demand in the petition of WILLIAM LANGLEY against you, certified
copy of which petition accompanies this citation, or file your answers thereto in writing in
the office of the Clerk of Court, at the Courthouse, in the City of Lake Charles, in said
Parish, within thirty (30) days after the service hereof, under penalty of default.

(PETITION FOR DAMAGES)

Witness the Honorable Judges of said Court, at Lake Charles, Louisiana, this 28TH day of
SEPTEMBER 2021.

Issued and delivered October 29, 2021

*Annette Borel*

Annette Borel

Deputy Clerk of Court

P20

----------------------------------------------------------------------

SERVICE INFORMATION

Received on the _____ day of _____ 20___, and on the _____ day of _____
20___, served the above named party as follows:

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile
in the parish in the hands of _____, a person apparently over the age of seventeen
years, living and residing in said domicile and whose name and other facts connected with this service, I learned
by interrogating the said person, said party herein being absent from his residence at the time of said service.
RETURNED:
PARISH OF _____ this _____ day of _____ 20_____

SERVICE       $_____          BY:   _____
                                          Deputy Sheriff
MILEAGE       $_____

TOTAL $_____

Party No.     P001



C M S 7 7 3 8 6 0 5

Filing Date: 10/29/2021 09:41 AM       Page Count: 1
Case Number: 2021-004149
Document Name: 1602 Citation/Long Arm

[ Original Copy ]
CMS0049

Page 1 of 1

You Are Hereby Notified - Civil

WILLIAM LANGLEY
VS.   2021-004149
BERKSHIRE HATHAWAY DIRECT
INSURANCE COMPANY



14th Judicial District Court
State of Louisiana
Parish of Calcasieu

THE STATE OF LOUISIANA

TO:   FAST LANE LOGISTICS        PURSUANT TO LOUISIANA
      THROUGH ITS AGENT FOR      LONG-ARM STATUTE
      SERVICE OF LEGAL PROCESS:
      TANYA RODRIGUEZ
      55 LA JOLLA CIRCLE
      MONTGOMERY, TX  77356

YOU ARE HEREBY NOTIFIED:

TO COMPLY WITH "INTERROGATORIES" AND "REQUEST FOR PRODUCTION OF DOCUMENTS"
WITHIN THE DELAYS PROVIDED HEREIN.

ALL IN ACCORDANCE WITH THE CERTIFIED COPY ATTACHED HERETO AND MADE A PART
HEREOF

Witness the Honorable Judge of said Court, at Lake Charles, Louisiana, this 28TH day of SEPTEMBER 2021.

Issued and delivered October 29, 2021

_Annette Borel_
Annette Borel
Deputy Clerk of Court

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SERVICE INFORMATION

**P21**

Received on the _____ day of _____ 20___, and on the _____ day of _____ 20___, served the
above named party as follows:

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile
in the parish in the hands of _____, a person apparently over the age of seventeen years, living
and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said
person, said party herein being absent from his residence at the time of said service.
RETURNED:
PARISH OF _____ this _____ day of _____ 20_____

SERVICE       $_____          BY:   _____
                                         Deputy Sheriff
MILEAGE       $_____

TOTAL $_____

Party No.      P001



Filing Date: 10/29/2021 09:42 AM      Page Count:: 1
Case Number: 2021-004149
Document Name: 2004 You are Hereby Notified - Civil

[ Original Copy ]
CMS0035

Page 1 of 1

WILLIAM LANGLEY
VS.    2021-004149
BERKSHIRE HATHAWAY DIRECT
INSURANCE COMPANY

Citation/Long Arm



14th Judicial District Court
State of Louisiana
Parish of Calcasieu

THE STATE OF LOUISIANA

TO:   KEITH TERRELL HOWARD          PURSUANT TO LOUISIANA
      3502 ROSS STREET              LONG-ARM STATUTE
      MANVEL, TX  77578

Defendant in said suit:

YOU ARE HEREBY CITED TO APPEAR before said Court, for said Parish, and to comply with the demand in the petition of WILLIAM LANGLEY against you, certified copy of which petition accompanies this citation, or file your answers thereto in writing in the office of the Clerk of Court, at the Courthouse, in the City of Lake Charles, in said Parish, within thirty (30) days after the service hereof, under penalty of default.

(PETITION FOR DAMAGES)

Witness the Honorable Judges of said Court, at Lake Charles, Louisiana, this 28TH day of SEPTEMBER 2021.

Issued and delivered October 29, 2021

*Annette Borel*

Annette Borel

Deputy Clerk of Court

------------------------------------------------------------------------
SERVICE INFORMATION

Received on the _____ day of _____ 20___, and on the _____ day of _____ 20___, served the above named party as follows:

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his residence at the time of said service.
RETURNED:
PARISH OF _____ this _____ day of _____ 20_____

SERVICE      $_____         BY:    _____
                                         Deputy Sheriff
MILEAGE      $_____

TOTAL $_____

Party No.    P001

C M S 7 7 3 8 6 3 8
Filing Date: 10/29/2021 09:52 AM     Page Count: 1
Case Number: 2021-004149
Document Name: 1602 Citation/Long Arm

[ Original Copy ]
CMS0049

Page 1 of 1

You Are Hereby Notified - Civil

WILLIAM LANGLEY
VS.    2021-004149
BERKSHIRE HATHAWAY DIRECT
INSURANCE COMPANY



14th Judicial District Court
State of Louisiana
Parish of Calcasieu

THE STATE OF LOUISIANA

TO:  KEITH TERRELL HOWARD          PURSUANT TO LOUISIANA
                                   LONG-ARM STATUTE

     3502 ROSS STREET
     MANVEL, TX  77578

YOU ARE HEREBY NOTIFIED:

TO COMPLY WITH "INTERROGATORIES" AND "REQUEST FOR PRODUCTION OF DOCUMENTS"
WITHIN THE DELAYS PROVIDED HEREIN.

ALL IN ACCORDANCE WITH THE CERTIFIED COPY ATTACHED HERETO AND MADE A PART
HEREOF

Witness the Honorable Judge of said Court, at Lake Charles, Louisiana, this 28TH day of SEPTEMBER 2021.

Issued and delivered October 29, 2021

*Annette Borel*
Annette Borel
Deputy Clerk of Court

*Placed in atty box 10-29-21 AB*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - SERVICE INFORMATION - - - - - - - - - - - - - - - - - - - - - - - - - -

Received on the _____ day of _____ 20___, and on the _____ day of _____ 20___, served the
above named party as follows:

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile
in the parish in the hands of _____, a person apparently over the age of seventeen years, living
and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said
person, said party herein being absent from his residence at the time of said service.
RETURNED:
PARISH OF _____ this _____ day of _____ 20____

SERVICE        $_____          BY:  _____

MILEAGE        $_____               Deputy Sheriff

TOTAL $_____

Party No.      P001

P23

Filing Date: 10/29/2021 09:49 AM       Page Count:: 1
Case Number: 2021-004149
Document Name: 2004 You are Hereby Notified - Civil

[ Original Copy ]
CMS0035                                                        Page 1 of 1

You Are Hereby Notified - Civil



WILLIAM LANGLEY
VS.   2021-004149
BERKSHIRE HATHAWAY DIRECT
INSURANCE COMPANY

14th Judicial District Court
State of Louisiana
Parish of Calcasieu

THE STATE OF LOUISIANA

FILED   NOV 1 6 2021

*Julie Lema*

Deputy Clerk of Court
Calcasieu Parish, Louisiana

**I made service on the named party through the**
**Office of the Secretary of State on**

NOV 0 9 2021

by tendering a copy of this document to:

JULIE NESBITT

BY. M. LOCKWOOD #0603
State of Louisiana, Baton Rouge, L

TO:   BERKSHIRE HATHAWAY DIRECT
INSURANCE COMPANY
THROUGH ITS AGENT FOR
SERVICE OF LEGAL PROCESS:
LOUISIANA SECRETARY OF STATE
8585 ARCHIVES AVENUE
BATON ROUGE, LA  70809

YOU ARE HEREBY NOTIFIED:

TO COMPLY WITH "INTERROGATORIES" AND "REQUEST FOR PRODUCTION OF DOCUMENTS"
WITHIN THE DELAYS PROVIDED HEREIN.

ALL IN ACCORDANCE WITH THE CERTIFIED COPY ATTACHED HERETO AND MADE A PART
HEREOF

Witness the Honorable Judge of said Court, at Lake Charles, Louisiana, this 28TH day of SEPTEMBER 2021.

Issued and delivered October 29, 2021

*Annette Borel*
Annette Borel
Deputy Clerk of Court

--------------------------------------------------------------------------
SERVICE INFORMATION
--------------------------------------------------------------------------

Received on the _____ day of _____ 20___, and on the _____ day of _____ 20___, served the
above named party as follows:

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile
in the parish in the hands of _____, a person apparently over the age of seventeen years, living
and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said
person, said party herein being absent from his residence at the time of said service.
RETURNED:
PARISH OF _____ this _____ day of _____ 20____

SERVICE        $_____        BY:  _____
                                        Deputy Sheriff
MILEAGE        $_____

TOTAL $_____

Party No.      P001

P24

Filing Date: 10/29/2021 09:37 AM      Page Count:: 1
Case Number: 2021-004149
Document Name: 2004 You are Hereby Notified - Civil

[ Original Copy ]
CMS0035

Page 1 of 1

|  | Citation | |
|---|---|---|
| WILLIAM LANGLEY<br>VS.    2021-004149<br>BERKSHIRE HATHAWAY DIRECT<br>INSURANCE COMPANY |  | 14th Judicial District Court<br>State of Louisiana<br>Parish of Calcasieu |

THE STATE OF LOUISIANA

TO:  BERKSHIRE HATHAWAY DIRECT
INSURANCE COMPANY
THROUGH ITS AGENT FOR
SERVICE OF LEGAL PROCESS:
LOUISIANA SECRETARY OF STATE
8585 ARCHIVES AVENUE
BATON ROUGE, LA  70809

FILED    NOV 1 6 2021

_____
Deputy Clerk of Court
Calcasieu Parish, Louisiana

Parish of East Baton Rouge, Louisiana, Defendant in said suit:

YOU ARE HEREBY CITED TO APPEAR before said Court, for said Parish, and to comply with the demand contained in the petition of WILLIAM LANGLEY, (PETITION FOR DAMAGES)  against you, certified copy of which petition accompanies this citation, or file your answers thereto in writing in the office of the Clerk of Court, at the Courthouse, in the City of Lake Charles, in said Parish, within fifteen (15) days after the service hereof, under penalty of default.

Witness the Honorable Judges of said Court, at Lake Charles, Louisiana, this 28th day of September 2021.

Issued and delivered October 29, 2021

Annette Borel

Deputy Clerk of Court

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**P25**

SERVICE INFORMATION

Received on the _____ day of _____ 20___, and on the _____ day of _____ 20___, served the above named party as follows:

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile
in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his residence at the time of said service.
RETURNED:
PARISH OF _____ this _____ day of _____ 20_____

SERVICE       $_____             BY:   _____
                                                                 Deputy Sheriff
MILEAGE     $_____

TOTAL $_____

Party No.     P001

I made service on the named party through the
Office of the Secretary of State on

NOV 0 9 2021

by tendering a copy of this document to:
JULIE NESBITT

BY. M. LOCKWOOD #0603
Deputy Sheriff, Parish of East Baton Rouge, LA



Filing Date: 10/29/2021 09:35 AM          Page Count: 1
Case Number: 2021-004149
Document Name: 1600 Citation

[ Original Copy ]
CMS0085

Page 1 of 1